UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:15-CR-00182-FDW |
| v. | ) | |
| | ) | **ORDER REGARDING RESTITUTION** |
| | ) | |
| JOHN BERNARD THIGPEN | ) | |
| | ) | |

This matter is before the Court upon the Government's Motion for a Final Determination of Restitution. For the reasons stated in the Motion and in the Court's July 18, 2016 Order Regarding Restitution, IT IS HEREBY ORDERED that Attachment A to the Judgment in this case (Dkt. No. 25) is hereby amended as follows:

| Victim Name | Loss Amount |
|---|---|
| A2 Medical Group, Inc. | $129,371.10 |
| Advanced Pension Solutions, Inc. | $6,006.30 |
| Allen Industrial Services Inc. | $55,332.22 |
| BNG, LLC | $3,441.62 |
| Business Owners Services Co | $1,822.58 |
| C&S Construction of SC Inc. | $5,053.28 |
| Chris's Securing, Inc. | $1,036.78 |
| Corelogic LLC | $1,253.44 |
| DD&S Companies | $9,127.77 |
| Deyta, LLC c/o HR Affiliates | $42,470.35 |
| Diversified Capital Partners, LLC | $1,809.26 |
| Doggone Geese, Inc. | $9,294.94 |
| Elliot J. Ginchansky, MD, PA | $2,863.27 |
| Employ R Solutions, Inc. | $82,052.83 |
| Encore Medical Staffing | $20.82 |
| ePlace Solutions | $3,000.00 |
| Fine Line Paving and Grading | $38,000.00 |
| Freight Logistics | $120,771.59 |
| Gaming Enterprises | $84,944.64 |
| Hood, Hargett Associates, Inc. | $21,740.28 |
| HR Affiliates, LLC | $66,890.16 |
| Intercare Medical Management | $48,071.76 |

| | |
|---|---:|
| Internal Revenue Service (employment taxes) | $635,588.99 |
| Internal Revenue Service (federal unemployment taxes) | $2,923.23 |
| JGA Associates, Inc. | $160.28 |
| Knex Worldwide, Inc. | $44,662.01 |
| Landmark Precast, LLC | $20,194.23 |
| Latitude Clean Tech Group, Inc. | $556.00 |
| Latitude Energy Services, LLC | $2,687.41 |
| Latitude Industrial Water Solution | $344.50 |
| Latitude Solutions, Inc. | $1,280.62 |
| Manor Wood - ByTheZip.com Directory, Inc. | $96.89 |
| Manor Wood - II-VI Incorporated Foundation | $249.59 |
| Manor Wood - PEO | $30,631.41 |
| Marie Louise Burkart | $2,421.52 |
| MB Jackson Masonry Inc. | $6,297.40 |
| Mid Florida Preservation Inc. | $1,250.77 |
| Northern Star Management of America | $119,134.31 |
| Northern Star Management, Inc. | $141,194.97 |
| Northern Star Mgn of CA, Inc. | $10,325.70 |
| Ramsgate Insurance, Inc. | $95,234.94 |
| Salon Ambiance Corporation | $11,253.49 |
| Sheepscott Harbour Assn. | $9,433.24 |
| State of Kentucky - state tax | $2,116.07 |
| State of Maine - state tax | $36,787.66 |
| State of Maine - state unemployment tax | $22,306.47 |
| State of Michigan - state tax | $616.10 |
| State of North Carolina - state tax | $16,959.00 |
| State of North Carolina - state unemployment tax | $147.58 |
| State of Ohio - state tax | $1,037.78 |
| State of Pennsylvania - state tax | $12,307.87 |
| State of Pennsylvania - sales/use tax | $893.45 |
| State of Pennsylvania - state unemployment tax | $5,181.85 |
| State of South Carolina - state tax | $1,074.95 |
| State of Virginia - state tax | $29,374.07 |
| State of Virginia - state unemployment tax | $4,732.95 |
| State of West Virginia - state tax | $1,751.00 |
| TDA Insurance & Financial Agent | $11,224.73 |
| The Cummings Agency | $9,433.24 |
| Trinity Solutions, Inc. | $865.06 |
| Viara LLC dba Dish An America | $30,621.38 |
| Webb Center for Integrative Health, PC | $24,538.68 |
| Womens Business Center, Inc. | $28,441.94 |
| XDS, Inc. | $35,672.65 |

IT IS SO ORDERED.

Frank D. Whitney
Chief United States District Judge